```
                                    ___ FILED        ___ RECEIVED
                                    ___ ENTERED      ___ SERVED ON
                                             COUNSEL/PARTIES OF RECORD

                                            OCT - 4 2018

                                        CLERK US DISTRICT COURT
                                          DISTRICT OF NEVADA
                                    BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-cr-00265-JCM-PAL-1 |
| Plaintiff, | **ORDER** |
| v. | |
| RODERICK LAWRENCE MARSHALL, JR., | |
| Defendant. | |

On October 4, 2018, the Court granted counsel's Motion to Withdraw as Counsel of Record and for the Appointment of New Counsel (ECF No. 63), as stated on the record. Accordingly,

**IT IS HEREBY ORDERED** that **Brian J. Smith** is appointed as counsel for Roderick Lawrence Marshall, Jr. in place of Gia McGillivray for all future proceedings.

Ms. McGillivray's office shall forward the file to Mr. Smith forthwith.

DATED this _____4th_____ day of October, 2018.
*Nunc pro tunc: October 3, 2018.*


_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE